IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE G LAO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PAUL FINANCIAL, et al.,<br><br>    Defendants. | No. C 09-5672 CRB<br><br>**ORDER DISMISSING CASE** |

For the reasons stated on the record at the motion hearing, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: March 31, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE